# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:07CV-553-H

**RAHSAAN BRANDON DARDEN**                          **PETITIONER**

**v.**

**GOVERNMENT**                                                **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, this action is hereby **DISMISSED** for lack of personal jurisdiction.

A certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

The Court **certifies** that an appeal of this case is not taken in good faith.

There being no just reason for delay in its entry, this is a final Order.

Date:

cc:     Petitioner, *pro se*

4412.008